UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,

        Plaintiff,

v.

NATIONAL FIRE & MARINE INSURANCE COMPANY et al.,

        Defendants.

2:11-CV-02033-PMP-RJJ

ORDER

      IT IS ORDERED that Plaintiff The Insurance Company of the State of Pennsylvania's Motion for Voluntary Dismissal of Count Three Without Prejudice (Doc. #67) is hereby GRANTED.

DATED: September 18, 2012

_____
PHILIP M. PRO
United States District Judge