UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,<br><br>        Plaintiff,<br><br>v.<br><br>NATIONAL FIRE & MARINE INSURANCE COMPANY et al.,<br><br>        Defendants. | 2:11-CV-02033-PMP-RJJ<br><br><u>ORDER</u> |

IT IS ORDERED that Plaintiff The Insurance Company of the State of Pennsylvania's Motion for Voluntary Dismissal of Count Three Without Prejudice (Doc. #67) is hereby GRANTED.

DATED: September 18, 2012

_____
PHILIP M. PRO
United States District Judge