UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,<br><br>  Plaintiff,<br><br>v.<br><br>NATIONAL FIRE & MARINE INSURANCE COMPANY, et al.,<br><br>  Defendants. | 2:11-CV-02033-PMP-NJK<br><br>ORDER |

Having read and considered the Stipulation and Order of Dismissal without Prejudice and Entry of Final Judgment (Doc. #87), and good cause appearing,

IT IS ORDERED that pursuant to Federal Rule of Civil Procedure 54(b), the Clerk of Court shall enter final Judgment in favor of Plaintiff The Insurance Company of the State of Pennsylvania and against Defendant National Fire & Marine Insurance Company on Count One of the Complaint for Declaratory Judgment. The Clerk of Court further shall enter final Judgment in favor of Plaintiff The Insurance Company of the State of Pennsylvania and against Defendant National Fire & Marine Insurance Company on Count Two of the Complaint for Declaratory Judgment only to the extent Count Two seeks a declaration that there are multiple occurrences alleged in the underlying case. There is no just reason for delay in entering Judgment as to these claims.

DATED: September 13, 2013

_____
PHILIP M. PRO
United States District Judge